No. 01–8004. ALEXANDER v. TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 01–8006. BROOKS v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 01–8016. McCURRY v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–8017. MORKE v. MERRITT ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–8021. ISSA v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 01–8023. ROGER G. v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 01–8024. GAINES v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–8025. GRIFFIN v. EIDSON. C. A. 6th Cir. Certiorari denied.

No. 01–8026. ARNOLD v. TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 01–8028. EDENS v. TAGUE. Sup. Ct. Pa. Certiorari denied.

No. 01–8030. CONLON v. WHITE ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–8035. RUDD v. GRAVES, GOVERNOR OF KANSAS, ET AL. C. A. 10th Cir. Certiorari denied.

No. 01–8037. SACCO v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 01–8039. SLATON v. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.